UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Petitioner,

    v.

RODNEY L. NELSON,

                Respondent.

No. 13-MC-5029-BHS-KLS

ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SUMMONS

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised in the premises; now, therefore, it is hereby

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons be and hereby is GRANTED and the above-captioned action be and hereby is DISMISSED.

DATED this 4th day of September, 2013.

                BENJAMIN H. SETTLE
                United States District Judge

Presented by:

/s/ Christina N. Dimock
Christina N. Dimock, WSBA #40159
Assistant United States Attorney

ORDER GRANTING U.S.' WITHDRAWAL
OF PETITION TO ENFORCE IRS SUMMONS
(13-MC-5029-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970